IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:22CR3077 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ENTRY OF APPEARANCE** |
| v. | ) | |
| NEIL SURESH CHANDRAN, | ) | |
| Defendant. | ) | |

David R. Stickman hereby enters his appearance as counsel on behalf of the Defendant in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 9th day of August, 2022.

                                             Respectfully submitted,

                                             Neil Suresh Chandran, Defendant,

                                             By /s/ David R. Stickman
                                                 David R. Stickman
                                                 Attorney for Defendant
                                                 222 South 15th Street, #300N
                                                 Omaha, NE 68102
                                                 Telephone: (402) 221-7896
                                                 Fax: (402) 221-7884
                                                 E-Mail: David_Stickman@fd.org