IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NEIL SURESH CHANDRAN,<br><br>Defendant. | 4:22CR3077<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's unopposed e-mail motion to continue, (Filing No. 27), is granted.

2) The hearing on Defendant's motion to review detention, (Filing No. 23), will be held before the undersigned magistrate judge on September 14, 2022 at 9:30 a.m. in Courtroom #2, United States Courthouse, 100 Centennial Mall N., Lincoln, Nebraska.

August 25, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge