IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NEIL SURESH CHANDRAN,<br><br>    Defendant. | 4:22CR3077<br><br>NOTICE OF APPEARANCE |

Donald J. Kleine, hereby enters his appearance as Assistant United States Attorney on behalf of the United States in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

        UNITED STATES OF AMERICA, Plaintiff

        STEVEN A. RUSSELL
        Acting United States Attorney
        District of Nebraska

   By: s/ Donald J. Kleine
      DONALD J. KLEINE, #22669
      Assistant U.S. Attorney
      1620 Dodge Street, Suite 1400
      Omaha, NE  68102-1506
      Tel:  (402) 661-3700
      Fax:  (402) 661-3084
      E-mail: donald.kleine@usdoj.gov

CERTIFICATE OF SERVICE

  I hereby certify that on August 30, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.  I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

        s/ Donald J. Kleine
        Assistant U.S. Attorney