IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:22 CR 3077 |
| | ) | |
| vs. | ) | |
| | ) | GOVERNMENT'S MOTION FOR |
| NEIL SURESH CHANDRAN, | ) | RULE 17(c) SUBPOENA |
| | ) | |
| Defendant. | ) | |

Comes now the United States of America, pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, and moves the Court to enter an order authorizing the United States to issue a subpoena duces tecum, which will require production of records in the above-referenced matter. In support of said motion the United States shows the Court:

1. The subpoena duces tecum will be served on Intuit, Inc. regarding certain documents relating to the accounting records of ViDelivery, Inc., ViMarket, Inc., and Studio Vi, Inc. (companies related to the Defendant). That a copy of the proposed subpoena is attached hereto as Exhibit A.

2. That the records sought are evidentiary and relevant with respect to each count of the Indictment in the instant case.

3. That the records are not otherwise procurable by the United States in advance of trial through the exercise of due diligence. The United States previously sought similar records from Owen Cran through a trial subpoena, Dkt. 25, but Mr. Cran indicated that he was no longer an employee of the relevant companies and thus claimed that he did not have legal access to the data.

4. That the records are necessary to enable both parties to properly prepare for trial.

5.  That this application is made in good faith as the requested documents are believed to exist.

Wherefore, the United States prays for an Order authorizing the issuance of the subpoena duces tecum to Intuit, Inc.

                                                    RESPECTFULLY SUBMITTED,

                                                    LORINDA I. LARYEA
ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

By: /s/ William E. Johnston
WILLIAM E. JOHNSTON
ASSISTANT CHIEF, FRAUD SECTION
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Ave. NW
Washington, DC 20005
Tel: (202) 514-0687

TIAN HUANG
TRIAL ATTORNEY
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Ave. NW
Washington, DC 20005
Tel: (202) 598-2523

STEVEN A. RUSSELL
ACTING UNITED STATES ATTORNEY
DISTRICT OF NEBRASKA

DONALD J. KLEINE
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF NEBRASKA
1620 Dodge Street
Suite 1400
Omaha, NE 68102-1506
Tel: (402) 661-3700

CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2022, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Nebraska by using the CM/ECF system.

/s/ Tian Huang
TIAN HUANG