IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:22CR3077 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO RESTRICT** |
| v. | ) | |
| | ) | |
| NEIL SURESH CHANDRAN, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant intends to file an *"Amended Motion"* which contains personal information about him and is protected from public viewing in accordance with the law.

WHEREFORE, the Defendant requests the Court grant an order allowing to file the above-referenced document restricted pursuant to the E-Government Act.

DATED this 12th day of September, 2022.

                                            NEIL SURESH CHANDRAN, Defendant,

                                            By /s/ David R. Stickman
                                                David R. Stickman
                                                Attorney for Defendant
                                                222 South 15th Street, #300N
                                                Omaha, NE 68102
                                                Telephone: (402) 221-7896
                                                Fax: (402) 221-7884
                                                E-Mail: David_Stickman@fd.org