IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>NEIL SURESH CHANDRAN,<br><br>  Defendant. | 4:22CR3077<br><br>MOTION TO RESTRICT |

The Government intends to file a Memorandum in Opposition to Defendant's Amended Motion to Review, and an accompanying Declaration of Tian Huang in support of the United States' Opposition to Defendant's Amended Motion to Review Detention and attached exhibits. These documents contain personal information about Defendant Neil Suresh Chandran and are protected from public viewing in accordance with the law.

WHEREFORE the Government requests that the Court grant an order allowing the Government to file the above-referenced documents restricted pursuant to the E-Government Act.

Respectfully submitted,

GLENN LEON
Chief
Criminal Division, Fraud Section
United States Department of Justice

/s/ Tian Huang
WILLIAM E. JOHNSTON
Assistant Chief
TIAN HUANG
Trial Attorney
Criminal Division, Fraud Section

STEVEN A. RUSSELL
Acting United States Attorney
District of Nebraska

DONALD J. KLEINE
Assistant United States Attorney
District of Nebraska