IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:22 CR 3077 |
| | ) | |
| vs. | ) | |
| | ) | GOVERNMENT'S MOTION FOR |
| NEIL SURESH CHANDRAN, | ) | RULE 17(c) SUBPOENA |
| | ) | |
| Defendant. | ) | |

Comes now the United States of America, pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, and moves the Court to enter an order authorizing the United States to issue a subpoena duces tecum, which will require production of records at a time prior to the trial in the above-referenced matter. In support of said motion the United States shows the Court:

1. The subpoena duces tecum will be served on the Federal Bureau of Prisons, Metropolitan Detention Center in Los Angeles, California for all recordings of telephone conversations and electronic messages related to Defendant. That a copy of the proposed subpoena is attached hereto as Exhibit A.

4. That the records sought are evidentiary and relevant with respect to each count of the Indictment in the instant case.

5. That the records are not otherwise procurable by the United States in advance of trial through the exercise of due diligence.

6. That the records are necessary to enable both parties to properly prepare for trial.

7. That this application is made in good faith as the requested documents are believed to exist.

Wherefore, the United States prays for an Order authorizing the issuance of the subpoena duces tecum to the Federal Bureau of Prisons, Metropolitan Detention Center in Los Angeles,

California, which will require the Federal Bureau of Prisons, Metropolitan Detention Center to produce the requested items on a date certain before the trial of this matter.

        RESPECTFULLY SUBMITTED,

        GLENN S. LEON
        CHIEF
        U.S. DEPARTMENT OF JUSTICE
        CRIMINAL DIVISION, FRAUD SECTION

By: /s/ William E. Johnston
   WILLIAM E. JOHNSTON
   ASSISTANT CHIEF, FRAUD SECTION
   William.Johnston4@usdoj.gov
   United States Department of Justice
   Criminal Division, Fraud Section
   1400 New York Ave. NW
   Washington, DC 20005
   Tel: (202) 514-0687

   TIAN HUANG
   TRIAL ATTORNEY
   Tian.Huang@usdoj.gov
   United States Department of Justice
   Criminal Division, Fraud Section
   1400 New York Ave. NW
   Washington, DC 20005
   Tel: (202) 598-2523

CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2022, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Nebraska by using the CM/ECF system.

/s/ Tian Huang  
TIAN HUANG