IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:22 CR 3077 |
| | ) | |
| vs. | ) | |
| | ) | ORDER FOR RULE 17(c) |
| NEIL SURESH CHANDRAN, | ) | SUBPOENA |
| | ) | |
| Defendant. | ) | |

ORDER FOR RULE 17(c) SUBPOENA

This matter came before the Court on the motion of the United States requesting authorization for the issuance of a subpoena under Rule 17(c) of the Federal Rules of Criminal Procedure. (Filing No. 64). The Court finds that the request is reasonable in that it seeks known evidentiary records, the production of which in advance of trial will enable both parties to more fully prepare for trial.

IT IS THEREFORE ORDERED: that the Government's motion is granted. The United States shall issue a subpoena duces tecum to the Federal Bureau of Prisons, Metropolitan Detention Center in Los Angeles, California, with a production date no later than December 15, 2022.

IT IS FURTHER ORDERED: that the documents may be produced at the offices of the United States Department of Justice, Criminal Division, Fraud Section provided that the United States makes such records immediately available to the defendant.

DATED this __9th__ day of December, 2022.

CHERYL R. ZWART
United States Magistrate Judge