**CASE NUMBER**   4:22 CR 3077

| ASSET ID | SEIZURE/ABAND NO | ASSET DESCRIPTION | SER #/VIN #/ACCT #/HULL # | SEIZURE DATE | SEIZED FROM | SEIZURE DISTRICT | SEIZURE DISTRICT SUB-OFC | ASSET VALUE | TOTAL EXPENSES |
|---|---|---|---|---|---|---|---|---|---|
| 22-FBI-004051 | 3920220269 | 2022 Tesla Model Y | 7SAYGDEF9NF346935 | 06/29/2022 | ViMarket Inc | NV - District of Nevada | 00 - Las Vegas, NV | $64,190.00 | $1,377.75 |
| 22-FBI-004052 | 3920220228 | 2021 Tesla Model Y | 5YJYGDEE2MF151780 | 06/29/2022 | ViMarket Inc | NV - District of Nevada | 00 - Las Vegas, NV | $61,550.00 | $1,299.75 |
| 22-FBI-004053 | 3920220223 | 2021 Tesla Model Y | 5YJYGDEE2MF240314 | 08/30/2022 | Cran, Owen | CAC - Central District of California | 00 - Los Angeles, CA | $63,725.00 | $1,114.25 |
| 22-FBI-004054 | 3920220236 | 2021 Volkswagen ID.4 | WVGDMPE25MP020844 | 06/29/2022 | ViMarket Inc | NV - District of Nevada | 00 - Las Vegas, NV | $42,900.00 | $2,195.70 |
| 22-FBI-004056 | 3920220221 | 2020 Porsche Taycan Turbo | WP0AC2Y14LSA71220 | 06/29/2022 | Chandran, Neil S. | NV - District of Nevada | 00 - Las Vegas, NV | $128,600.00 | $1,377.75 |
| 22-FBI-004057 | 3920220247 | 2020 Tesla Model 3 | 5YJ3E1EA6LF806811 | 06/29/2022 | Chandran, Neil S. | CAC - Central District of California | 00 - Los Angeles, CA | $39,825.00 | $833.25 |
| 22-FBI-004058 | 3920220232 | 2019, Ford, F-250 | 1FT7W2BT4KEF80083 | 06/29/2022 | ViDelivery, Inc. | NV - District of Nevada | 00 - Las Vegas, NV | $48,550.00 | $1,377.75 |
| 22-FBI-004060 | 3920220225 | 2017 Land Rover Range Rover | SALGS2FE0HA365994 | 06/29/2022 | Chandran, Jennifer | NV - District of Nevada | 00 - Las Vegas, NV | $56,150.00 | $1,377.75 |
| 22-FBI-004062 | 3920220245 | 2022 Tesla Model S | 5YJSA1E62NF462870 | 06/29/2022 | Chandran, Neil S. | CAC - Central District of California | 00 - Los Angeles, CA | $137,190.00 | $886.25 |
| 22-FBI-004063 | 3920220227 | 2020 Tesla Model X | 5YJXCDE45LF305573 | 06/29/2022 | ViMarket Inc | NV - District of Nevada | 00 - Las Vegas, NV | $100,575.00 | $1,489.75 |
| 22-FBI-004064 | 3920220239 | 2021 Tesla Model Y | 5YJYGDEE3MF111661 | 06/29/2022 | ViMarket Inc | NV - District of Nevada | 00 - Las Vegas, NV | $62,775.00 | $1,377.75 |
| 22-FBI-004065 | 3920220264 | 2021 Tesla Model Y | 5YJYGDEE3MF119677 | 06/29/2022 | ViMarket Inc | NV - District of Nevada | 00 - Las Vegas, NV | $62,775.00 | $1,377.75 |
| 22-FBI-004067 | 3920220242 | 2021 Tesla Model Y | 5YJYGDEE6MF271680 | 06/29/2022 | Chandran, Neil S. | CAC - Central District of California | 00 - Los Angeles, CA | $61,750.00 | $450.75 |
| 22-FBI-004068 | 3920220256 | 2021 Tesla Model 3 | 5YJ3E1EA5MF052818 | 07/13/2022 | ViMarket Inc | TXW - Western District of Texas | 00 - San Antonio, TX | $45,400.00 | $1,333.48 |
| 22-FBI-004070 | 3920220239 | 2021 Tesla Model Y | 5YJYGDEE9MF176837 | 06/29/2022 | ViMarket Inc | NV - District of Nevada | 00 - Las Vegas, NV | $63,225.00 | $1,377.75 |
| 22-FBI-004071 | 3920220266 | 2021 Tesla Model Y | 5YJYGDEEXMF091814 | 06/29/2022 | ViMarket Inc | NV - District of Nevada | 00 - Las Vegas, NV | $63,225.00 | $1,377.75 |
| 22-FBI-004075 | 3920220218 | 2022 Tesla Model X (base MRP $119,960 - 20% depreciation) | 7SAXCBE55NF334011 | 06/29/2022 | Chandran, Neil S. | CAC - Central District of California | 00 - Los Angeles, CA | $119,690.00 | $781.25 |
| 22-FBI-004076 | 3920220235 | 2022 Tesla Model X | 7SAXCBE63NF332038 | 06/29/2022 | ViMarket Inc | NV - District of Nevada | 00 - Las Vegas, NV | $140,190.00 | $1,299.75 |
| 22-FBI-004077 | 3920220230 | 2020 Tesla Model Y | 5YJYGDEFXLF043320 | 06/29/2022 | Ponniah, Raj | CAC - Central District of California | 00 - Los Angeles, CA | $63,775.00 | $781.25 |
| 22-FBI-004080 | 3920220292 | 2021 Tesla Model Y | 5YJYGDEF2MF250737 | 07/13/2022 | ViMarket Inc | TXW - Western District of Texas | 00 - San Antonio, TX | $65,825.00 | $1,317.24 |
| 22-FBI-004081 | 3920220267 | 2021 Tesla Model Y | 5YJYGDEF6MF294689 | 11/29/2022 | Tracy Hutson | CAC - Central District of California | 00 - Los Angeles, CA | $56,000.00 | $282.25 |
| 22-FBI-004082 | 3920220238 | 2021 Tesla Model Y | 5YJYGAEE9MF189215 | 06/29/2022 | ViMarket Inc | NV - District of Nevada | 00 - Las Vegas, NV | $62,775.00 | $1,377.75 |
| 22-FBI-004083 | 3920220351 | 2021 Tesla Model Y | 5YJYGAEE9MF283918 | 08/17/2022 | Bryan Lee | CAC - Central District of California | 00 - Los Angeles, CA | $63,325.00 | $1,210.25 |
| 22-FBI-004084 | 3920230041 | 2021 Tesla Model 3 | 5YJ3E1EB6MF035020 | 12/02/2022 | ViMarket Inc | CAE - Eastern District of California | | $43,900.00 | $420.00 |
| 22-FBI-004086 | 3920220233 | 2021 GMC Sierra 2500HD | 1GT49REYXMF224812 | 06/29/2022 | Quiman, David | NV - District of Nevada | 00 - Las Vegas, NV | $72,500.00 | $1,377.75 |
| 22-FBI-004087 | 3920220254 | 2008 Roadtrek Adventurous | WDYPE845675178064 | 06/29/2022 | ViDelivery Inc | NV - District of Nevada | 00 - Las Vegas, NV | $42,300.00 | $1,938.75 |
| 22-FBI-004092 | 3920220237 | 2021 Volvo XC40 | YV4ED3URXM2565805 | 06/29/2022 | ViDelivery Inc | NV - District of Nevada | 00 - Las Vegas, NV | $45,475.00 | $2,424.21 |
| 22-FBI-004093 | 3920220260 | 2021 Tesla Model 3 | 5YJ3E1EC2MF000936 | 12/05/2022 | Galeand, Monica | CAC - Central District of California | 00 - Los Angeles, CA | $47,950.00 | $282.25 |
| 22-FBI-004094 | 3920220226 | 2021 Tesla Model 3 | 5YJ3E1EC3MF976112 | 06/29/2022 | Chandran, Neil S. | NV - District of Nevada | 00 - Las Vegas, NV | $57,250.00 | $1,377.75 |
| 22-FBI-004095 | 3920220231 | 2016 Ferrari F12 | ZFF74UFA3G0212252 | 06/29/2022 | Lee, Bryan | NV - District of Nevada | 00 - Las Vegas, NV | $319,995.00 | $1,377.75 |
| 22-FBI-004096 | 3920220240 | 2021 Mercedes-Benz GLE53 | 4JGFD6BB1MA480206 | 06/29/2022 | Lee, Bryan | NV - District of Nevada | 00 - Las Vegas, NV | $78,475.00 | $1,225.75 |
| 22-FBI-004097 | 3920220271 | 2022 Volvo XC40 | YV4ED3UB6N2684696 | 06/30/2022 | ViDelivery Inc | NV - District of Nevada | 00 - Las Vegas, NV | $60,090.00 | $1,377.75 |
| 22-FBI-004100 | 3920220241 | 2022 Tesla Model 3 | 5YJ3E1EB4NF137966 | 06/29/2022 | Chandran, Neil S. | CAC - Central District of California | 00 - Los Angeles, CA | $57,150.00 | $606.25 |
| 22-FBI-004103 | 3920220270 | 2021 Volvo XC40 | YV4ED3UR9M2583339 | 06/29/2022 | ViDelivery Inc | NV - District of Nevada | 00 - Las Vegas, NV | $46,925.00 | $1,377.75 |
| 22-FBI-004107 | 3920220220 | 2021 Ford Mustang Mach E | 3FMTK3RM2MMA39654 | 06/29/2022 | Studio Vi | NV - District of Nevada | 00 - Las Vegas, NV | $51,200.00 | $2,527.97 |
| 22-FBI-004108 | 3920220268 | 2022 Tesla Model Y (Base MSRP - 20% depreciation) | 7SAYGDEF8NF393390 | 08/17/2022 | Anton Leo | CAC - Central District of California | 00 - Los Angeles, CA | $71,190.00 | $1,210.25 |
| 22-FBI-004110 | 3920220244 | 2021 Tesla Model S | 5YJSA1E65MF443731 | 06/29/2022 | Chadran,Neil S. | CAC - Central District of California | 00 - Los Angeles, CA | $113,275.00 | $886.25 |
| 22-FBI-004111 | 3920220248 | 2022 Audi RS E-Tron (Base MSRP - 20% depreciation) | WAUAHBFW4N7901047 | 06/29/2022 | Chadran,Neil S. | CAC - Central District of California | 00 - Los Angeles, CA | $149,390.00 | $918.25 |
| 22-FBI-004112 | 3920220246 | 2021, Audi, E-Tron Quattro | WA1VABGE2MB030413 | 06/30/2022 | Chandran, Neil S. | NV - District of Nevada | 00 - Las Vegas, NV | $65,800.00 | $1,377.75 |
| 22-FBI-004115 | 3920220243 | 2022 Mini Cooper | WMW13DJ04N2R35614 | 06/29/2022 | Chandran, Neil S. | CAC - Central District of California | 00 - Los Angeles, CA | $34,750.00 | $886.25 |
| 22-FBI-004117 | 3920220219 | 2021, Audi, E-Tron Sportback | WA11AAGEXMB000732 | 06/29/2022 | Chandran, Neil S. | NV - District of Nevada | 00 - Las Vegas, NV | $57,925.00 | $2,815.89 |
| 22-FBI-004118 | 3920220224 | 2019, Ford, F-150 | 1FTEW1E55KKF32723 | 06/29/2022 | Chandran, Neil S. | NV - District of Nevada | 00 - Las Vegas, NV | $36,300.00 | $2,304.05 |
| 22-FBI-004122 | 3920220234 | 2021 Tesla Model S | 5YJSA1E69MF433767 | 06/29/2022 | Chandran, Neil S. | NV - District of Nevada | 00 - Las Vegas, NV | $112,575.00 | $1,299.75 |