IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>NEIL SURESH CHANDRAN,<br><br>        Defendant. | **4:22CR3077**<br><br><br>**ORDER** |

During the conference call held today, defense counsel explained that the discovery is voluminous, but the defendant and his counsel may be done reviewing it within the next 60 days. Defense counsel suggested another conference call in April to potentially set pretrial motion deadlines. The government did not oppose this request. The court approves of defense counsel's request. The court further finds that this case should remain excluded from the time limitations of the Speedy Trial Act to allow counsel and Defendant to be adequately prepared for trial.

Accordingly,

IT IS ORDERED:

1)    A status conference to discuss setting pretrial motion deadlines will be held before the undersigned magistrate judge at 1:00 p.m. on April 12, 2023 by telephone. All participants shall use the conferencing information provided by the court to participate in the call. Counsel for the parties shall be present at the conference.

2)    The Court further finds that the time between today's date and April 12, 2023 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and is exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii).

March 2, 2023.                    BY THE COURT:

                                 *s/ Cheryl R. Zwart*
                                 United States Magistrate Judge