IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:22CR3077** |
| vs. | |
| NEIL SURESH CHANDRAN, | **ORDER** |
| Defendant. | |

The discovery in this case is voluminous, and Defendant and his counsel need additional time to review the discovery before the court sets a pretrial motion deadline, or a change of plea or trial date. Based on the information before the court,

IT IS ORDERED:

1) The conference all scheduled for today is canceled.

2) A telephonic conference with counsel will be held before the undersigned magistrate judge at 10:00 a.m. on June 14, 2023 to discuss case progression and whether the Defendant is prepared to set a pretrial motion deadline. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call.

3) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and June 14, 2023 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(B)(ii), and although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial. Failing to grant

additional time could result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 12th day of April, 2023.

            BY THE COURT:

            *s/ Cheryl R. Zwart*
            United States Magistrate Judge