IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>NEIL SURESH CHANDRAN,<br><br>               Defendant. | **4:22CR3077**<br><br>**RULE 502(d) ORDER** |

IT IS ORDERED:

1) The government's motion for a Rule 502(d) order, (Filing No. 72), is granted.

2) The government's Filter Team may release to the Prosecution Team and Defendant all potentially privileged material from the Glaspie Email Account, the Ponniah Cell Phone, and the Ponniah iCloud Account.

3) The Filter Team's release of said material to the Prosecution Team and Defendant shall not be deemed a waiver in this matter, and the attorney-client privilege and other privileges or protections are not waived in any other federal or state proceeding by disclosure connected with the litigation pending before this Court.

4) Nothing precludes ostensible privilege holder non-parties Michael Glaspie and Raj Ponniah from asserting privilege claims over the Glaspie Email Accounts, the Ponniah Cell Phone, or the Ponniah iCloud Account in this or any other federal or state proceeding.

5) In the event Defendant or a non-party seeks to withhold or limit the use of the Glaspie Email Accounts, the Ponniah Cell Phone, or the

    Ponniah iCloud Account in another federal or state proceeding on the basis of the attorney-client privilege, the attorney work product protection, or any other privilege or protection, the Government reserves its rights to contest those assertions at that time.

6)     The Protective Order issued on August 30, 2022 (Filing No. 33) shall apply to the discovery material produced pursuant to this Order.

Dated this 12th day of April, 2023.

                                       BY THE COURT:

                                       *s/ Cheryl R. Zwart*
                                       United States Magistrate Judge