

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | May 18, 2023 |
| U.S. v. NEIL SURESH CHANDRAN and BRYAN LEE 4:22CR3077 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | Donald J. Kleine, AUSA |

Be advised that the above-named Defendant(s) is/are now in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒ Unseal the Superseding Indictment and any underlying Magistrate Judge case

☐ Unseal the Magistrate Judge case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☐ Unseal the Magistrate Judge case but the underlying Complaint and Affidavit should remain **Restricted**