## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA
Plaintiff,

vs.

NEIL SURESH CHANDRAN

Defendant.

CASE NO.   **4:22CR3077**

**WAIVER OF PERSONAL
APPEARANCE AT ARRAIGNMENT
AND ORDER**

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)     The defendant affirms receiving a copy of the superseding indictment;

(2)     The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)     The defendant pleads not guilty to all counts of the superseding indictment.

_____
Defendant

_____
Attorney for Defendant

_____
Date          May 25 2023

_____
Date          May 25, 2023

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this 26th day of _____ May _____, 2023.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT