IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>vs.<br><br>NEIL SURESH CHANDRAN,<br>and BRYAN LEE,<br><br>           Defendants. | 4:22CR3077<br><br>**ORDER** |

    Bryan Lee is a newly added defendant in this case. Based on the representations of Lee's counsel, Defendant Lee and his counsel need to review extensive documents and confer with many witnesses to be adequately prepared for trial. To assure a fair and just resolution, this case must be excluded from time limits of the Speedy Trial Act.

    Accordingly,

    IT IS ORDERED:

1) A trial date will not be set at this time.

2) The status conference previously set for June 14, 2023, is continued so that Defendant Lee and his attorney can review discovery in advance of the conference. A status conference will be held before the undersigned magistrate judge at 2:30 p.m. on August 3, 2023 by telephone. All participants shall use the conferencing information provided by the court, (see Filing No. 88), to participate in the call to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference. Defendants may, but need not, join the call.

3) Counsel shall confer and exchange discovery as soon as it is received in accordance with NECrimR 16.1 and Fed.R.Crim.P. 16. Counsel shall disclose discovery as it becomes available and the

United States Attorney shall disclose <u>Brady v. Maryland</u> (and its progeny) material as soon as practicable.

4) The court finds that the time between today's date and August 3, 2023 is excluded in any computation of time under the Speedy Trial Act because this case is and remains "unusual and complex," and is exempted from the time restrictions of that Act, 18 U.S.C. 3161(h)(7)(B)(ii)i.

June 8, 2023.                                BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge