IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> NEIL SURESH CHANDRAN, and BRYAN LEE, <br><br> Defendants. | 4:22CR3077 <br><br> **ORDER** |

    Counsel for Defendant Lee, who was added to this case on May 2, 2023, is still downloading the voluminous discovery received from the government, and he needs an opportunity to review it before making informed decisions on filing pretrial motions. Chandran's counsel has completed most of the discovery review, but he is currently experiencing an unavoidable staff shortage which has slowed down completion. Based on the representations of defense counsel,

    IT IS ORDERED:

1) A telephonic conference with counsel will be held before the undersigned magistrate judge at 10:00 a.m. on November 7, 2023 to discuss setting any pretrial motion hearing needed, a change of plea hearing, or the date of the jury trial and deadlines for disclosing experts as required under Rule 16. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call.

2) As to both defendants, the additional time arising as a result of the granting of the motion, the time between today's date and November 7, 2023 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

August 3, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge