IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiffs,<br><br>vs.<br><br>NEIL SURESH CHANDRAN,<br><br>              Defendant. | **4:22CR3077**<br><br>**ORDER** |

As requested in Defendant Chandran's unopposed amended motion, (Filing No. 122), which is hereby granted,

IT IS ORDERED:

1) The Dawson County Jail shall permit Defendant Chandran's access to a laptop computer and hard drive approved by the Dawson County Jail, with no internet connection, for the limited purpose of private discovery review and trial preparation, subject to appropriate requests by Mr. Chandran and available staffing and approval by the Dawson County jail.

2) The protective order is amended to permit Mr. Chandran to review the discovery on the computer provided to him as outlined above.

3) Defendant's motion, (Filing No. 121), is denied as moot.

Dated this 8th day of December, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge