AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:22-cr-03077-JMG |
| Neil Suresh Chandran et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 05/21/2024

/s/ Adam L.D. Stempel
*Attorney's signature*

Adam L.D. Stempel
*Printed name and bar number*

United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
*Address*

adam.stempel@usdoj.gov
*E-mail address*

(202) 616-1546
*Telephone number*

*FAX number*