IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22CR3077 |
| vs. | |
| NEIL SURESH CHANDRAN, BRYAN LEE | ORDER |
| Defendant. | |

    Plaintiff has moved to continue the response deadline for Defendants Chandran and Lee's pending motions (Filing No. 171), because the government needs additional time to submit a response. More specifically, the government indicates that, when Defendant Lee filed his motions seeking to join in Chandran's motions, he cited additional points and authorities. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds good cause has been shown and the motion should be granted. Accordingly,

    IT IS ORDERED:

1) Plaintiff's motion to continue, (Filing No. 171), is granted.

2) Plaintiff's response briefs to the motions filed at Filing Nos. 151, 153, 155, 157, 163, 164, 166, and 168 shall be filed on or before July 19, 2024.

3) On or before July 26, 2024, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

4) On or before August 2, 2024, the parties shall deliver to the undersigned's chambers via email to deluca@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

5) The conference call previously scheduled to be held on August 5, 2024, is continued. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **August 9, 2024, at 10:00 a.m.** Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call.

Dated this 1st day of July, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge