IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>NEIL SURESH CHANDRAN, BRYAN LEE<br><br>                Defendant. | 4:22CR3077<br><br><br>**ORDER** |

    Defendant Lee has moved to continue his reply deadline with regard to the pending motions. The motion to continue (Filing No. 177) is unopposed. This Court's local rules do not typically allow a reply brief with regard to the motions at hand. See Neb. Crim. R. 12.3(c) (contemplating the deadline for a response to a *motion*). However, the motion is unopposed and, based upon the showing set forth in the motion, as well as after a review of the motions and responses filed in the matter at hand, the Court finds good cause has been shown and the motion should be granted. Accordingly,

    IT IS ORDERED:

1)     Defendant's motion to continue, (Filing No. 177), is granted.

2)     Any reply briefs to the government's responses filed at Filing Nos. 173, 174, 175, and 176 by either Defendant Chandran or Defendant Lee shall be filed on or before August 13, 2024.

3)     On or before August 20, 2024, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

4)     On or before August 27, 2024, the parties shall deliver to the undersigned's chambers via email to deluca@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

5)     A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **September 4, 2024, at 10:00 a.m.** Conferencing instructions will be provided under a separate order.

Dated this 30th day of July, 2024.

                                                  BY THE COURT:
                                                  *s/ Jacqueline M. DeLuca*
                                                  United States Magistrate Judge