# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　**Plaintiffs,**<br><br>　vs.<br><br>**NEIL SURESH CHANDRAN, and BRYAN LEE,**<br><br>　　　　　　**Defendants.** | 4:22CR3077<br><br>**ORDER** |

　　　　Plaintiff has moved to continue the response deadline with regard to defendant Chandran's motion (Filing No. 218). The motion to continue (Filing No. 224) is unopposed. The Court finds good cause has been shown and the motion should be granted. Accordingly,

　　**IT IS ORDERED:**

1. Defendant's motion to continue, (Filing No. 224), is granted.

2. Any response briefs to defendant's motion at Filing No. 224 shall be filed on or before December 20, 2024.

3. On or before December 27, 2024, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

4. On or before January 3, 2025, the parties shall deliver to the undersigned's chambers via email to deluca@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

5. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **January 10, 2025, at 10:00 a.m.** Counsel for all parties shall use the conferencing instructions at Filing No. 179 to participate in the call.

Dated this 25th day of November, 2024.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Jacqueline M. DeLuca*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge