IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>NEIL SURESH CHANDRAN, BRYAN LEE<br><br>               Defendant. | 4:22CR3077<br><br>ORDER |

      Defendant Chandran has moved to hold certain deadlines in abeyance or, in the alternative, extend the deadline to object to the Magistrate Judge's findings, recommendations, and order on Defendant Chandran's motion to dismiss, motion to sever, and motion for bill of particulars (Filing No. 229) for sixty days. Neither the government nor Defendant Lee object to such motion. The motion (Filing No. 230) sets forth several reasons for such abeyance and/or continuance, including but not limited to new counsel representing Defendant Chandran, a pending motion regarding whether certain assets of Defendant Chandran can be released to him so that he may retain a new attorney (Filing No. 218), and so the Court can consider Defendant Chandran's objections to the undersigned's Order denying Defendant's renewed motion to transfer venue (Filing No. 228). Based on the showing set forth in the motion, the court finds good cause has been shown to continue the deadline for Defendant Chandran to object to the Magistrate Judge's findings, recommendations, and order (Filing No. 229) and the motion should be granted in part and denied in part. Accordingly,

      IT IS ORDERED:

1)    Defendant's motion is granted in part.

2)    Defendant Chandran's Objection to the Magistrate Judge's Findings, Recommendations, and Order (Filing No. 229) shall be filed on or before February 14, 2025. Defendant Chandran's request to hold such deadline in abeyance is denied.

Dated this 17th day of December, 2024.

                                                                       BY THE COURT:
                                                                       *s/ Jacqueline M. DeLuca*
                                                                       United States Magistrate Judge