IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 4:22CR3077 |
| vs. | |
| NEIL SURESH CHANDRAN, and BRYAN LEE, | ORDER |
| Defendants. | |

Defendant Chandran has moved to file a Reply Brief in support of his Motion for Return of Unlawfully Seized Assets and Motion to Schedule a Luis Hearing. (Filing No. 241). Defendant Chandran has also moved the Court for an order continuing the January 3, 2025 deadline to file a Witness List and Exhibit List and to deliver exhibit copies to the Court until after the Court rules on whether a Luis hearing should be set. The government does not oppose this motion. The undersigned finds good cause has been shown for the reasons set forth in the motion and finds the motion should be granted.

1. Defendant Chandran's Motion (Filing No. 241) is granted.
2. Any reply brief in support of Defendant Chandran's Motion for Return of Unlawfully Seized Assets and Motion to Schedule a Luis Hearing (Filing No. 218) is due January 10, 2025.
3. All deadlines associated with witness lists, exhibit lists, and delivery of exhibits to the Court regarding the Motion for Return of Unlawfully Seized Assets and Motion to Schedule a Luis Hearing will be vacated unless and until otherwise set by the Court.
4. The telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing set for January 10, 2025 is cancelled and will be set, if necessary, at a later date by order of the Court.

Dated this 2nd day of January, 2025.

              BY THE COURT:

              *s/ Jacqueline M. DeLuca*
              United States Magistrate Judge