IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>NEIL SURESH CHANDRAN,<br><br>                Defendant. | 4:22CR3077<br><br>**ORDER** |

      Plaintiff has moved to continue the response deadline with regard to defendant Chandran's Objection to the Magistrate Judge's Memorandum and Order (Filing Nos. 258, 259) and Defendant Chandran's Brief in Opposition to Government's Motion to Retain Property (Filing No. 269). The motion to continue (Filing No. 272) is unopposed. Based on the showing set forth in the motion, the court finds good cause and that the motion should be granted. Accordingly,

      IT IS ORDERED:

      1)    Defendant's motion to continue, (Filing No. 272), is granted.

      2)    Any response to defendant Chandran's Objection to the Magistrate Judge's Memorandum and Order (Filing Nos. 258, 259) and Defendant Chandran's Brief in Opposition to Government's Motion to Retain Property (Filing No. 269) shall be filed on or before April 4, 2025.

      3)    The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and April 4, 2025 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will

be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 21st day of March, 2025.

                                        BY THE COURT:

                                        *s/ Jacqueline M. DeLuca*
                                        United States Magistrate Judge