IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>     vs.<br><br>NEIL SURESH CHANDRAN, and BRYAN LEE,<br><br>                Defendants. | 4:22CR3077<br><br>**FINAL TRIAL ORDER** |

IT IS ORDERED:

1. The above-captioned criminal case is set for a jury trial before the undersigned judge in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, commencing at 8:30 a.m. on **Monday, _June 2, 2025 at 8:30 a.m.** or as soon thereafter as the case may be called.

2. Continuances must be requested within one week of this order in written motions accompanied by supporting affidavits. A copy of any request for continuance must be filed and the chambers of the assigned United States Magistrate Judge must be notified.

3. An in chambers conference is scheduled to be held before the undersigned judge in chambers at **4:00 p.m. on Thursday, May 29, 2025**.

4. The filing, briefing, and hearing of pretrial motions, including *ex parte* motions and applications, shall be governed by NECrimR 12.1 to 12.6. Motions shall be filed on or before **12:00 p.m.** on **Friday, May 23, 2025.** Counsel must immediately notify the Court of any pretrial motion requiring an evidentiary hearing outside the presence of the jury.

5. Counsel shall inform the Court that a defendant has elected to change his or her plea within 5 days before trial or as soon as practicable.

6. The plaintiff shall file and serve on opposing counsel on or before **12:00 p.m. on Friday, May 23, 2025**, as appropriate, all proposed jury instructions, trial briefs, suggested verdict forms, exhibit list and witness list. In particular, the plaintiff's witness list shall include the full name and address of each witness whom the party may call to testify at trial.

7. The defendant shall provide the Court, on or before **12:00 p.m. on Friday, May 23, 2025,** proposed jury instructions, trial brief, suggested verdict forms, exhibit list and witness list. Any materials so submitted shall not be disclosed to the plaintiff unless the defendant specifies otherwise.

8. Exhibits must be listed before trial on exhibit forms available from the Clerk's office or on the Court's external web page at http://www.ned.uscourts.gov/forms. The exhibits should be numbered as provided by NECrimR 12.7.

9. The courtroom deputy will take custody of the exhibits after they are offered or received by the Court.

10. Parties shall deliver to the Court, <u>on or before</u> **12:00 p.m. on Friday, May 23, 2025** trial copies of all exhibits in a three-ring binder organized for use by dividers or tabs. Exhibits provided by the defendant shall not be disclosed to the plaintiff unless the defendant specifies otherwise.

11. At 8:30 a.m. on the first day of trial, the Court will meet with counsel and clients, on the record in the courtroom. This will be an opportunity to dispose of any motions and last-minute matters, prior to trial. Voir dire will commence immediately thereafter.

12. Each subsequent day of trial will begin at 8:45 a.m. unless the Court directs otherwise.

13. Questioning of witnesses will be limited to direct examination, cross-examination, and redirect examination unless the Court allows further examination.

14. The Court will conduct an initial voir dire of the prospective panel. Counsel will be permitted to conduct follow-up voir dire in areas not covered by the Court's examination or in an area which may justify further examination in view of a prospective juror's response during the Court's voir dire.

15. Witnesses who do not appear to testify when scheduled will be considered withdrawn. The trial will then proceed with the presentation of any remaining evidence.

A list of the equipment available in the courtroom, and a virtual tour of the courtroom, is available on the Court's external web page at http://www.ned.uscourts.gov/attorney/courtroom-technology.

Dated this 12th day of May, 2025.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge