IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>NEIL SURESH CHANDRAN,<br><br>           Defendant. | 4:22CR3077<br><br>**ORDER** |

      Defendant Chandran has moved to continue the deadline to appeal the denial of the motion to withdraw (Filing No. 287). Chandran's motion (Filing No. 297) is unopposed. Based on the showing set forth in the motion, the court finds good cause has been shown and the motion should be granted, which will extend the time for Chandran to file a notice of appeal for a period of 30 days. Accordingly,

      IT IS ORDERED:

1)     Defendant Chandran's motion to continue, (Filing No. 297), is granted.

2)     Any appeal of the undersigned's denial of the motion to withdraw (Filing No. 287) shall be filed on or before July 7, 2025.

3)     The Court finds that the ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and July 7, 2025 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to determine the necessity of filing an appeal regarding the aforementioned orders and to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

      Dated this 4th day of June, 2025.

                                          BY THE COURT:
                                          *s/ Jacqueline M. DeLuca*
                                          United States Magistrate Judge