IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>NEIL SURESH CHANDRAN and BRYAN LEE,<br><br>        Defendant. | 4:22CR3077<br><br>ORDER |

      Plaintiff has moved to extend the response deadline for defendant to respond to plaintiff's Motion for Discovery Protocol Governing Disclosure of Materials Subject to Claims of Privilege and to set a deadline for Plaintiff to file a reply in support of such motion (Filing No. 312). The motion to extend (Filing No. 315) is unopposed. Based upon the showing set forth in the motion, the Court finds good cause has been shown and the motion should be granted. Accordingly,

**IT IS ORDERED:**

1. Plaintiff's motion to continue, (Filing No. 315), is granted.

2. Defendant's response brief to the Motion for Discovery Protocol Governing Disclosure of Materials Subject to Claims of Privilege shall be filed on or before September 24, 2025.

3. Any reply briefs in support of Plaintiff's Motion for Discovery Protocol Governing Disclosure of Materials Subject to Claims of Privilege (Filing No. 312) shall be filed on or before October 1, 2025.

Dated this 16th day of September, 2025.

                                                                       BY THE COURT:

                                                                       *s/ Jacqueline M. DeLuca*
                                                                       United States Magistrate Judge