IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiffs,<br><br>vs.<br><br>NEIL SURESH CHANDRAN,<br><br>                 Defendant. | 4:22CR3077<br><br>**ORDER** |

Defendant has moved to extend the response deadline for defendant to respond to plaintiff's Motion for Discovery Protocol Governing Disclosure of Materials Subject to Claims of Privilege, (Filing No. 312). The motion to extend (Filing No. 318) is unopposed. Based upon the showing set forth in the motion, the Court finds good cause has been shown and the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 318), is granted.

2) Defendant's response brief to the Motion for Discovery Protocol Governing Disclosure of Materials Subject to Claims of Privilege shall be filed on or before October 1, 2025.

3) Any reply briefs in support of Plaintiff's Motion for Discovery Protocol Governing Disclosure of Materials Subject to Claims of Privilege (Filing No. 312) shall be filed on or before October 10, 2025.

4) The Court finds that ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and October 10, 2025 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a

miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 25th day of September, 2025.

                          BY THE COURT:

                          *s/ Jacqueline M. DeLuca*
                          United States Magistrate Judge