IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>NEIL SURESH SHANDRAN and<br>BRYAN LEE,<br><br>      Defendants. | 4:22CR3077<br><br>**ORDER** |

Presently before the Court is the United States Filter Team's Unopposed Motion to Amend ECF 74. (Filing No. 331).

Having considered the Motion, and for good cause shown, the motion is granted as set forth herein, and it is hereby **ORDERED** that the Rule 502(d) Order at ECF 74 is amended to read as follows:

  1.  The United States Filter Team is authorized to release to the Prosecution Team and Defendants Neil Suresh Chandran and Bryan Lee (together, "Defendants") the following material:

    a. Email data seized pursuant to search warrants authorized by the United States District Court for the District of Columbia for the following email accounts:

      i. Michael.glaspie@gmail.com

      ii. mtg@mysiteinc.com

    (together, the "Glaspie Email Accounts");

b. Cell phone data associated with phone number (951) 833-0324 seized pursuant to a search warrant authorized by the United States District for the Central District of California (the "Ponniah Cell Phone"); and

c. Apple iCloud data associated with Apple ID rponniah@mac.com seized pursuant to a search warrant authorized by the United States District Court for the District of Columbia (the "Ponniah iCloud Account").

2. The Filter Team's release of said material to the Prosecution Team and Defendants shall not be deemed a waiver in this matter, and the attorney-client privilege and other privileges or protections are not waived in any other federal or state proceeding by disclosure connected with the litigation pending before this Court.

3. Nothing precludes ostensible privilege holder non-parties Michael Glaspie or Raj Ponniah from asserting privilege claims over the Glaspie Email Accounts, the Ponniah Cell Phone, or the Ponniah iCloud Account in this or any other federal or state proceeding.

4. In the event a Defendant or a non-party seeks to withhold or limit the use of the Glaspie Email Accounts, the Ponniah Cell Phone, or the Ponniah iCloud Account in another federal or state proceeding

on the basis of the attorney-client privilege, the attorney work product protection, or any other privilege or protection, the Government reserves its rights to contest those assertions at that time.

5. The Protective Order issued on June 21, 2023 (ECF 96) shall apply to the discovery material produced pursuant to this Order.

Dated this 31st day of October 2025

        BY THE COURT

        *s/ Jacqueline M. DeLuca*
        United States Magistrate Judge