IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:22CR3077** |
| vs. | |
| NEIL LEE CHANDRAN, and BRYAN LEE | **ORDER** |
| Defendant. | |

A telephone conference was held today. Defendant Chandran has moved to continue the Rule 16 Expert Disclosure deadline (Filing No. 339). The motion to continue is unopposed. Based on the showing set forth in the motion and the comments of counsel during the telephone conference, the court finds good cause has been shown and the motion should be granted in part and denied in part. The Court further notes that, during the telephone conference, counsel for all parties advised they are in agreement with the deadlines set forth herein. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 339), is granted in part and denied in part as set forth herein.

2) Defendant's deadline to provide affirmative and rebuttal expert witness disclosures as required under Rule 16 must be served on or before February 26, 2026.

3) The Government's deadline to provide rebuttal expert witness disclosures as required under Rule 16 must be served on or before March 16, 2026.

4) The parties' shall file any motions regarding expert disclosures and/or any motions to sever on or before April 1, 2026.

5) The Court will not consider any further extensions to these deadlines absent a substantial showing of good cause given the upcoming trial date, which has been set since May, 2025.

Dated this 11th day of February, 2026.

BY THE COURT:
*s/ Jacqueline M. DeLuca*
United States Magistrate Judge