IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiffs, | | **4:22CR3077** |
| vs. | | |
| NEIL SURESH CHANDRAN, | | **PRELIMNARY ORDER OF FORFEITURE AND FORFEITURE MONEY JUDGMENT** |
| Defendant. | | |

This matter is before the Court on Plaintiff's Motion for Preliminary Order of Forfeiture and Forfeiture Money Judgment. (Filing No. 411.) The Court reviewed the record in this case and, being duly advised in the premises, finds as follows:

1.      On April 16, 2026, Defendant Neil Suresh Chandran and the United States entered into a plea agreement (Filing No. 391) and a change of plea hearing was held before Magistrate Judge DeLuca whereby Defendant agreed to plead guilty to Count Two of the Superseding Indictment and admitted the forfeiture allegation contained in the Superseding Indictment. (Filing No. 75.) Count Two charged Defendant with mail fraud, in violation of 18 U.S.C. §§ 1341 and 2. On May 27, 2026, the Court adopted Magistrate Judge DeLuca's recommendation and accepted Defendant's guilty plea. (Filing No. 403.)

2.      Defendant admitted to the forfeiture allegation of the Superseding Indictment as to Count Two (Filing No. 75; Filing No. 391; Filing No. 400) and agreed to forfeit any right,

1

title, and interest in the following property, as well as property constituting or derived from

proceeds traceable to the offense, or its substitute res (the "Subject Property"):

| | Property Description |
|---|---|
| 1 | Cash/Currency in lieu of 2022 Tesla Model Y VIN:7SAYGDEF9NF346935 |
| 2 | Cash/Currency in lieu of 2021 Tesla Model Y VIN:5YJYGDEE2MF151780 |
| 3 | Cash/Currency in lieu of 2021 Tesla Model Y VIN:5YJYGDEE2MF240314 |
| 4 | Cash/Currency in lieu of 2021 Volkswagen ID.4 VIN:WVGDMPE25MP020844 |
| 5 | Cash/Currency in lieu of 2020 Porsche Taycan Turbo VIN:WP0AC2Y14LSA71220 |
| 6 | Cash/Currency in lieu of 2020 Tesla Model 3 VIN:5YJ3E1EA6LF806811 |
| 7 | Cash/Currency in lieu of 2019, Ford, F-250 VIN:1FT7W2BT4KEF80083 |
| 8 | Cash/Currency in lieu of 2017 Land Rover Range Rover VIN:SALGS2FE0HA365994 |
| 9 | Cash/Currency in lieu of 2022 Tesla Model S VIN:5YJSA1E62NF462870 |
| 10 | Cash/Currency in lieu of 2020 Tesla Model X VIN:5YJXCDE45LF305573 |
| 11 | Cash/Currency in lieu of 2021 Tesla Model Y VIN:5YJYGDEE3MF111661 |
| 12 | Cash/Currency in lieu of 2021 Tesla Model Y VIN:5YJYGDEE3MF119677 |
| 13 | Cash/Currency in lieu of 2021 Tesla Model Y VIN:5YJYGDEE6MF271680 |
| 14 | Cash/Currency in lieu of 2021 Tesla Model 3 VIN:5YJ3E1EA5MF052818 |
| 15 | Cash/Currency in lieu of 2021 Tesla Model Y VIN:5YJYGDEE9MF176837 |
| 16 | Cash/Currency in lieu of 2021 Tesla Model Y VIN:5YJYGDEEXMF091814 |
| 17 | Cash/Currency in lieu of 2022 Tesla Model X VIN:7SAXCBE55NF334011 |
| 18 | Cash/Currency in lieu of 2022 Tesla Model X VIN:7SAXCBE63NF332038 |
| 19 | Cash/Currency in lieu of 2020 Tesla Model Y VIN:5YJYGDEFXLF043320 |
| 20 | Cash/Currency in lieu of 2021 Tesla Model Y VIN:5YJYGDEF2MF250737 |
| 21 | Cash/Currency in lieu of 2021 Tesla Model Y VIN:5YJYGDEF6MF294689 |
| 22 | Cash/Currency in lieu of 2021 Tesla Model Y VIN:5YJYGAEE9MF189215 |
| 23 | Cash/Currency in lieu of 2021 Tesla Model Y VIN:5YJYGAEE9MF283918 |
| 24 | Cash/Currency in lieu of 2021 Tesla Model 3 VIN:5YJ3E1EB6MF035020 |
| 25 | Cash/Currency in lieu of 2021 GMC Sierra 2500HD VIN:1GT49REYXMF224812 |
| 26 | Cash/Currency in lieu of 2008 Roadtrek Adventurous VIN:WDYPE845675178064 |
| 27 | Cash/Currency in lieu of 2021 Volvo XC40 VIN:YV4ED3URXM2565805 |
| 28 | Cash/Currency in lieu of 2021 Tesla Model 3 VIN:5YJ3E1EC2MF000936 |
| 29 | Cash/Currency in lieu of 2021 Tesla Model 3 VIN:5YJ3E1EC3MF976112 |
| 30 | Cash/Currency in lieu of 2016 Ferrari F12 VIN: |
| 31 | Cash/Currency in lieu of 2021 Mercedes-Benz GLE53 VIN:4JGFD6BB1MA480206 |
| 32 | Cash/Currency in lieu of 2022 Volvo XC40 VIN:YV4ED3UB6N2684696 |
| 33 | Cash/Currency in lieu of 2022 Tesla Model 3 VIN:5YJ3E1EB4NF137966 |
| 34 | Cash/Currency in lieu of 2021 Volvo XC40 VIN:YV4ED3UR9M2583339 |
| 35 | 2022 Chevrolet Bolt EUV, VIN: 1G1FZ6S03N4107200 VIN:1G1FZ6S03N4107200 |

2

| | |
|---|---|
| 36 | Cash/Currency in lieu of 2021 Ford Mustang Mach E VIN:3FMTK3RM2MMA39654 |
| 37 | Cash/Currency in lieu of 2022 Tesla Model Y (Base MSRP - 20% depreciation) VIN:7SAYGDEF8NF393390 |
| 38 | Cash/Currency in lieu of 2021 Tesla Model S VIN:5YJSA1E65MF443731 |
| 39 | Cash/Currency in lieu of 2022 Audi RS E-Tron (Base MSRP - 20% depreciation) VIN:WAUAHBFW4N7901047 |
| 40 | Cash/Currency in lieu of 2021, Audi, E-Tron Quattro VIN:WA1VABGE2MB030413 |
| 41 | Cash/Currency in lieu of 2022 Mini Cooper VIN:WMW13DJ04N2R35614 |
| 42 | Cash/Currency in lieu of 2021, Audi, E-Tron Sportback VIN:WA11AAGEXMB000732 |
| 43 | Cash/Currency in lieu of 2019, Ford, F-150 VIN:1FTEW1E55KKF32723 |
| 44 | Cash/Currency in lieu of 2021 Tesla Model S VIN:5YJSA1E69MF433767 |
| 45 | Cash/Currency in lieu of $8,115.00 in funds from bank account number XXXXX0083 in the name of Garry Davidson at Bank of the West, Omaha, Nebraska. |
| 46 | Cash/Currency in lieu of $673,289.62 in funds from bank account number XXXXX8735 in the name of ViMarket, Inc. at Bank of the West, Omaha, Nebraska. |
| 47 | Cash/Currency in lieu of $522,582.68 in funds from bank account number XXXXX9063 in the name of Bryan Lee at Bank of the West, Omaha, Nebraska. |
| 48 | $90,016.37 in funds held in individual account number XXXXX9574 in the name of Raj Ponniah at TD Ameritrade, Inc., Omaha, Nebraska. |
| 49 | $319,761.78 in funds held in annuity contract number XXXXX2843 in the name of Amy Mossel at Massachusetts Mutual Life Insurance Company, Springfield, Massachusetts. |
| 50 | $11,248.79 in funds from bank account number XXXXXXX456-2 in the name of Garry Davidson at Liberty First Credit Union, Lincoln, Nebraska. |
| 51 | $21,768.22 in funds from bank account number XXXXXXX2963 in the name of BannersGo LLC at The Huntington National Bank, Colombus, Ohio. |
| 52 | $15,138.23 in funds from bank account number XXXXXXX1611 in the name of BannersGo LLC at The Huntington National Bank, Colombus, Ohio. |
| 53 | $6,372.74 in funds from bank account number XXXXXXX70-08 in the name of Neil Chandran at One Nevada Credit Union, Las Vegas, Nevada. |
| 54 | $2,238.80 in funds from bank account number XXXXX1190 in the name of Neil Chandran at Bridge Community Bank, Mechanicsville, Iowa. |
| 55 | $5,131.70 in funds from bank account number XXXXXXX2160 in the name of Raj Ponniah at Capital One, Glen Allen, Virginia. |
| 56 | $519.90 in funds from bank account number XXXXX2360 in the name of Sisyphus Holdings Ltd at JPMorgan Chase, San Antonio, Texas. |
| 57 | $178,014.98 in funds from annuity account number XXXXXX4504 in the name of Amy Mossel at Jackson National Life Insurance Company, Chicago, Illinois. |
| 58 | $5,299.64 in funds from bank account number XXXXXX1686 in the name of Amy Mossel at Seacoast National Bank, Stuart, Florida. |

| | |
|---|---|
| 59 | $6,319.61 in funds from bank account number XXXX9542 in the name of Neil Chandran at America First Credit Union, Ogden, Utah. |
| 60 | $86,292.87 in funds from bank account number XXXX0976 in the name of Laurent Velazquez at America First Credit Union, Ogden, Utah. |
| 61 | Cash/Currency in lieu of Real Property and improvements located at 78 Innisbrook Avenue, Las Vegas, Nevada 89113 |
| 62 | Cash/Currency in lieu of Real property and improvements located at 9000 W. 3rd. Street, Unit 104, Los Angeles, California 90265 |
| 63 | Cash/Currency in lieu of Real property and improvements located at 404 N Royal Ascot Drive, Las Vegas, Nevada 89144. |
| 64 | Real property and improvements located at 718 S. Corrida Dr., Covina, California 91724. |
| 65 | Real property and improvements located at 207 Mojave Lane, Henderson, Nevada 89015. |
| 66 | Mobile home described as a Cavco Industries WDL-6628A model, with serial numbers CAVAZL20510315X and CAVAZL20510315U, believed to be located at 1451 Parker Dam Road, #149, Parker Dam, California 92267. |
| 67 | $163,829.02 in funds from bank account number XXXXXXXX6772 in the name of ViDelivery Inc at Bank of America, Newark, Delaware. |
| 68 | $190,753.28 in funds from bank account number XXXXXXXX9847 in the name of ViDelivery Inc at Bank of America, Newark, Delaware. |
| 69 | $75.07 in funds from bank account number XXXXXXXX0689 in the name of Bleep LLC at Bank of America, Newark, Delaware. |
| 70 | $18.13 in funds from bank account number XXXXXXXX0676 in the name of Bleep LLC at Bank of America, Newark, Delaware. |
| 71 | $3,585.62 in funds from bank account number XXXXXX4312 in the name of Jenifer Chandran at Wells Fargo Bank, Phoenix, Arizona. |
| 72 | $51,991.47 in funds from bank account number XXXXXX8040 in the name of Studio Vi, Inc. at Wells Fargo Bank, Phoenix, Arizona. |
| 73 | $706.96 in funds from bank account number XXXXXX2403 in the name of Laurent Velazquez at Wells Fargo Bank, Phoenix, Arizona. |
| 74 | $57,515.90 in funds from bank account number XXXXX5012 in the name of Skalex USA Inc. at JPMorgan Chase, San Antonio, Texas. |
| 75 | Genuine Hublot wrist watch, 45mm Classic Fusion Chronograph King, model 520.OX.9010.OX.3704, in 18k rose gold king case and bracelet with deployant buckle from 78 Innisbrook Ave, Las Vegas, NV |
| 76 | 2017 Ford F-150, VIN: 1FTFW1EFHFC91180 |
| 77 | All funds and assets on deposit in Account xxxxx8668 at JPMorgan Chase |
| 78 | All funds and assets on deposit in Account xxxxxx3703 at Pacific Premier Bank |
| 79 | All funds and assets on deposit in Account xxxxxx1059 at Pacific Premier Bank |
| 80 | All funds and assets on deposit in Account xxxxxx5033 at Wells Fargo |

| 81 | All right, title, and interest in a 2022 Can-Am Maverick Max X RS side-by-side vehicle with VIN 3JBVNAV45NE000666 |
|---|---|
| 82 | All right, title, and interest in a 2021 Grand Design Momentum 21G Recreational Vehicle Travel Trailer with VIN 573TM2724M1213482 |
| 83 | All right, title, and interest in a 2021 Grand Design Momentum 31G Recreational Vehicle Travel Trailer with VIN 573TM3521M1213965 |
| 84 | All right, title, and interest in a 2021 Mercedes Benz GLC 300 with VIN W1N0J8EB2MF989128 |
| 85 | All right, title, and interest in a 2022 Porsche Taycan Cross Turismo with VIN WP0BA2Y13NSA67236 |
| 86 | All right, title, and interest in a 2018 Rolls Royce Wraith with VIN SCA665C55JUX86960 |
| 87 | All right, title, and interest in a 2021 Tesla Model 3 with VIN 5YJ3E1EA5MF066704 |
| 88 | All right, title, and interest in a 2021 Tesla Model 3 with VIN 5YJ3E1EB2MF010132 |
| 89 | All right, title, and interest in a 2021 Tesla Model 3 with VIN 5YJ3E1EB3MF035430 |
| 90 | All right, title, and interest in a 2021 Tesla Model 3 with VIN 5YJ3E1EB5MF872485 |
| 91 | All right, title, and interest in a 2021 Tesla Model 3 with VIN 5YJ3E1EB5MF936587 |
| 92 | All right, title, and interest in a 2021 Tesla Model 3 with VIN 5YJ3E1EB9MF862977 |
| 93 | All right, title, and interest in a 2021 Tesla Model 3 with VIN 5YJ3E1EC9MF083345 |
| 94 | All right, title, and interest in a 2021 Tesla Model S with VIN 5YJSA1E43MF423380 |
| 95 | All right, title, and interest in a 2021 Tesla Model S with VIN 5YJSA1E66MF439848 |
| 96 | All right, title, and interest in a 2021 Tesla Model Y with VIN 5YJYGAEE0MF281247 |
| 97 | All right, title, and interest in a 2021 Tesla Model Y with VIN 5YJYGAEE1MF303434 |
| 98 | All right, title, and interest in a 2021 Tesla Model Y with VIN 5YJYGAEE3MF286328 |
| 99 | All right, title, and interest in a 2021 Tesla Model Y with VIN 5YJYGDEE4MF139923 |
| 100 | All right, title, and interest in a 2021 Volkswagen ID.4 with VIN WVGRMPE28MP042293 |
| 101 | All right, title, and interest in a 2019 Malibu 23LSV boat with Hull Identification Number MB2S2065C919 and accompanying trailer with VIN 59XBB2625KL003966 |
| 102 | All right, title, and interest in 2022 Grand Design Momentum 28G Recreational Vehicle Travel Trailer 573TM3421N1216531 |
| 103 | All right, title, and interest in 2021 Tesla Model 3 5YJ3E1EB5MF872486 |

3.    By virtue of his plea of guilty and admission to the forfeiture allegation (Filing No. 400), Defendant has forfeited any right, title, and interest in the Subject Property. Accordingly, the United States should be entitled to possession of said property, pursuant to 18 U.S.C. § 981, 28 U.S.C. § 2461(c), and 21 U.S.C. § 853.

4.    Defendant further agrees to pay a Forfeiture Money Judgment in the amount of $34,891,386.99. The $34,891,386.99 sum is an amount agreed upon by the parties and represents the proceeds traceable to the offense, less the current value of the Subject Property that has an

5

assessed value. The Government and Defendant agree that the Forfeiture Money Judgement shall be credited for the net proceeds from any future seizures/sales of Subject Property.

5.    The Government's Motion for a Forfeiture Money Judgment in the amount of $34,891,386.99, which represents the proceeds Defendant obtained as a result of the offense, should be granted.

6.    The Government's Motion for Preliminary Order of Forfeiture and Forfeiture Money Judgment (Filing No. 411) should be granted.

**IT IS ORDERED:**

1. The Government's Motion for Preliminary Order of Forfeiture and Forfeiture Money Judgment (Filing No. 411) is granted.

2. Based upon the forfeiture allegation of the Superseding Indictment, Defendant's admission to the forfeiture allegation, and the plea of guilty, the Government is hereby authorized to seize the Subject Property.

3. Defendant's interest in the Subject Property is hereby forfeited to the Government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1), 18 U.S.C. § 981(a)(l)(C), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

4. The Subject Property is to be held by the Government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the Government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture and Forfeiture Money Judgment, notice of publication evidencing the Government's intent to

6

dispose of the Subject Property in its custody or control in such manner as the Attorney General may direct, and notice that any person, other than Defendant, having or claiming a legal interest in any of said Subject Property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the petitioner's interest in the Subject Property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the Subject Property and any additional facts supporting the petitioner's claim and the relief sought.

7. The Government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the Subject Property as a substitute for published notice as to those persons so notified.

8. Pursuant to 21 U.S.C. § 853(n) and Federal Rule of Criminal Procedure 32.2(c), upon adjudication of all third-party petitions, this Court will enter a final order of forfeiture as to the Subject Property, in which all interests will be addressed. If no third-party files a timely petition, the preliminary order shall become the final order of forfeiture in accordance with 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2).

9. Defendant, pursuant to 18 U.S.C. § 981, 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), shall be, and hereby is, liable for a Forfeiture Money Judgment in the amount of $34,891,386.99.

10. This Order shall become a final order of forfeiture as to the Forfeiture Money

7

Judgment of this Defendant. Defense counsel has advised the Court that Defendant consents to the Forfeiture Money Judgment becoming final upon entry of this Order. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), the remainder of this forfeiture order will become final as to Defendant at the time of sentencing and be made part of the sentence and included in the judgment.

11. The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the United States up to the amount of the Forfeiture Money Judgment.

Dated this 2nd day of July, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge