IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:22CR3077** |
| vs. | |
| NEIL SURESH CHANDRAN, | **ORDER** |
| Defendants. | |

IT IS ORDERED:

1.  The Request for Transcript (Filing No. 442) is granted.

2.  The Clerk's Office shall provide a copy of this order to the party requesting the transcripts.

3.  The requester shall be responsible for the cost of the transcripts.

4.  The requester is directed to contact the court reporter to arrange for payment.


Dated this 16th day of July, 2026.


BY THE COURT:

s/ Susan M. Bazis
United States District Judge