IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

NEIL SURESH CHANDRAN and BRYAN LEE,

Defendants.

4:22CR3077

**ORDER AMENDING RESTITUTION ORDER**

This matter is before the Court on the Government's Motion to Amend the Restitution Order. (Filing No. 451.) Defendants do not oppose the motion. A summary of the proposed changes to the Restitution Order are as follows:

| Name | Restitution Award as Ordered | Proposed Amended Restitution Award | Change |
|---|---|---|---|
| S. O. | N/A | $48,000 | +$48,000 |
| L. S. | $3,000 | $0 | -$3,000 |
| T. G. | N/A | $250 | +$250 |
| S. D. | $10,500 | $10,250 | -$250 |
| J. G. | $500 | $0 | -$500 |
| W. M. | N/A | $370,500 | +$370,500 |
| **Total** | | | **+$415,000** |

Having considered the matter, the Court finds that the restitution order should be amended as requested.

**IT IS ORDERED** that the Judgments in this case (Filing No. 438; Filing No. 440) are amended as follows:

Defendant Neil Suresh Chandran is ordered to pay restitution in the amount of $22,152,227.38, to be paid joint and several with co-defendant Bryan Lee, Case No. 4:22cr3077, and Michael Glaspie, Case No. 4:23cr3010, to victims in accordance with the schedule set forth in the schedule of payments submitted to the Court on October 7, 2026. The updated Restitution List is attached to this Order as "Attachment A." All other terms and conditions of the Judgment, Filing No. 438, entered on July 13, 2026 as to Neil Suresh Chandran, remain in full force and effect.

Defendant Bryan Lee is ordered to pay restitution in the amount of $22,152,227.38, to be paid joint and several with co-defendant Neil Suresh Chandran, Case No. 4:22cr3077, and Michael Glaspie, Case No. 4:23cr3010, to victims in accordance with the schedule set forth in the schedule of payments submitted to the Court on October 7, 2026. The updated Restitution List is attached to this Order as “Attachment A.” All other terms and conditions of the Judgment, Filing No. 440, entered on July 13, 2026 as to Bryan Lee, remain in full force and effect.

Dated this 3rd day of November, 2026.

BY THE COURT:

Susan M Bazis

Susan M. Bazis
United States District Judge